```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 04 B 23625
    KIMBERLY A BANKS
                                                 CHAPTER 13

                                                 JUDGE: JOHN H SQUIRES

          Debtor
    SSN XXX-XX-3133
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/23/04 and confirmed on 08/20/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 25537.16 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PROVIDENT FUNDING ASSOCI | CURRENT MORTG | .00 | .00 | .00 |
| DELL FINANCIAL SVCS | SECURED | 300.00 | 32.60 | 300.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2651.00 | .00 | 265.10 |
| GMAC PAYMENT CENTER | SECURED | 17066.51 | 1811.78 | 17066.51 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7397.84 | .00 | 739.78 |
| ECAST SETTLEMENT CORP | UNSECURED | 348.69 | .00 | 34.87 |
| CAPITAL ONE FINANCIAL | UNSECURED | 2328.14 | .00 | 232.81 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9111.09 | .00 | 911.11 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1232.84 | .00 | 123.28 |
| KOHLS | UNSECURED | 823.95 | .00 | 82.40 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11177.10 | .00 | 1117.71 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CELLULAR ONE | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SVCS | UNSECURED | 1569.90 | .00 | 156.99 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 17366.51 | .00 | 36640.55 | .00 | 54007.06 |
| PRINCIPAL PAID | 17366.51 | .00 | 3664.05 | .00 | 21030.56 |
| INTEREST PAID | 1844.38 | .00 | .00 | .00 | 1844.38 |
| TOTAL PAID | 19210.89 | .00 | 3664.05 | .00 | 22874.94 |

The Debtor's attorney, LEGAL HELPERS PC           , was allowed $   2200.00 and was paid $   600.00  direct and $   1600.00  through the plan.

The Trustee received $   1062.22 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.


Dated: 04/11/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE










                            PAGE   2
        CASE NO. 04 B 23625 KIMBERLY A BANKS